UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shirley Walton,

      Plaintiff,

v.                                                              Case No. 16-12518

Unum Life Insurance Company of                Sean F. Cox
America,                                                     United States District Court Judge

      Defendant.

_____/

## JUDGMENT

For the reasons set forth in a Report and Recommendation issued on August 20, 2017,

and an Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this

action is **DISMISSED WITH PREJUDICE.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  September 20, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on
September 20, 2017, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager

1